IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| MICAH KILGORE | § | |
| VS. | § | CIVIL ACTION NO. 9:18cv147 |
| HUGO CAMPOS, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Plaintiff Micah Kilgore, proceeding *pro se*, filed the above-styled civil rights lawsuit against multiple defendants. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the claim against defendant Campos be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The claim against defendant Campos is **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m).

So **ORDERED** and **SIGNED** February 19, 2020.

_____
Ron Clark, Senior District Judge